# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　　　　Plaintiff,<br>v.<br>AUGUSTUS QUINRELL LIGHT,<br>　　　　　　　　　　　Defendant, | **UNDER SEAL**<br><br>**Criminal No**. 20-147 (ADM/LIB) |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
　　(X ) Ad Prosequendum　　　( ) Ad Testificandum

Name of Detainee:　AUGUSTUS QUINRELL LIGHT
Detained at (custodian):　TRI-COUNTY CORRECTIONAL FACILITY IN CROOKSTON, MN

The detainee will, in the short term, continue to be housed at Tri-County Correctional. After the detainee's initial appearance, and possibly after his detention/arraignment hearing (if held via videoconference), the United States Marshals Service will transport the detainee to another location.

Detainee is:　a.)　(X) charged in this district by:　Indictment
　　　　　　　　　Charging Detainee With:　Possession with Intent to Distribute Methamphetamine,
　　　　　　　　　　　　Possession with Intent to Distribute Heroin and Cocaine and
　　　　　　　　　　　　Felon in Possession of Ammunition

　　　or　　b.)　( ) a witness not otherwise available by ordinary process of the Court

Detainee will:　a.)　( ) return to the custody of detaining facility upon termination of this proceeding
　　or　　b.)　( X ) be retained in federal custody until final disposition of federal charges.

Appearance is necessary at a time to be determined in the courtroom of the presiding Magistrate Judge.

Dated:  July 24, 2020　　　　　　　　　　　　　　　_/s/ Alexander D. Chiquoine_
　　　　　　　　　　　　　　　　　　　　　　　　　ALEXANDER D. CHIQUOINE, AUSA

## WRIT OF HABEAS CORPUS

　　(X ) Ad Prosequendum　　　( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this case, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

July 24, 2020
Date

_Katherine M. Menendez_
UNITED STATES MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| A.K.A.(s) (if applicable): | "Stow" | Gender: | Male |
| Booking or Fed. Reg.#: | | DOB: | xx/xx/1981 |
| Facility Address: | 816 Marin Avenue | Race: | African American |
| | Crookston, MN 56716 | FBI #: | |
| Facility Phone: | 218-470-8100 | | |
| Currently Incarcerated For: | State narcotics and firearm charges | | |

**RETURN OF SERVICE**

Executed on _____ by _____　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(Signature)

Writ issued 7/24/2020