# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| | ) | BEFORE:  JON T. HUSEBY |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No:  20-cr-147 ADM/LIB |
| | ) | Date:  August 3, 2020 |
| Augustus Quintrell Light, | ) | Court Reporter:  Erin Drost |
| Defendant, | ) | Video Conference |
| | ) | Time Commenced:  3:03 p.m. |
| | | Time Concluded:  3:33 p.m. |
| | | Time in Court:  30 minutes |

X **DETENTION HRG**

APPEARANCES:

   Plaintiff: Ruth Shnider, Assistant U.S. Attorney
   Defendant: Catherine Turner,
            X CJA

On X Indictment

Detention and arraignment hearing continued to August 4, 2020 at 3:00 p.m. via video conference before Magistrate Judge Jon T. Huseby.

Additional Information:

X Defendant consents to this hearing via video conference.

                                                                      s/SAE
                                                     Signature of Criminal Duty Clerk