UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 20-CR-147 (PAM/LIB)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **DEFENDANT'S PRETRIAL MOTION** |
| v. ) | **TO SUPPRESS EVIDENCE OBTAINED AS** |
| ) | **A RESULT OF SEARCH AND SEIZURE** |
| Augustus Quintrell Light, ) | |
| ) | |
| Defendant. ) | |

The defendant, Augustus Light, by and through his attorney, respectfully moves the Court, pursuant to Rule 12, Federal Rules of Criminal Procedure, to suppress any physical evidence obtained as a result of a search and seizure on the following grounds:

1. That the search warrant issued in this case was issued without a sufficient showing of probable cause in the supporting affidavit, and was therefore issued in error by the MAHNOMEN County Judge and that the search warrant involved was executed in an illegal and unlawful manner, and not in good faith.

2. That any searches and seizures conducted without warrant were made without probable cause and lacking in any exigent circumstances.

3. That any search and seizures were conducted without free and voluntary consent of the defendant or his female cohabitant.

On December 7, 2019, law enforcement and federal agents executed a search warrant for the search of Mr. Light's residence, 2419 Blair Rd, Naytahwaush, MN 56566, and his vehicle, a 2011 GMC Sierra Extended Cab pickup. During the search of his home, agents located three rounds of .45 caliber ammunition, approximately 28 grams of alleged heroin, and approximately 8.5 grams of cocaine. The search warrant application relied heavily on the information provided by unidentified Confidential Reliable Informants, and mobile phone tracking data purported to show Mr. Light's movements. This collection of information lead to an investigative traffic stop

and search of Mr. Light during the time when he was allegedly trafficking in controlled substances, yet no such illicit drugs were found, thus questioning the reliability of the totality of the underlying information submitted to the Court.

The application narrative does not establish the requisite probable cause required to sustain a legal search and seizure of Mr. Light's residence and property. The warrant should not have been issued and thus evidence of controlled substances and ammunition should be suppressed.

This motion is based on the indictment, the records and files in the above-entitled action, testimony as may be presented at the motion hearing, and any briefing the Court may require thereafter.

Dated:  September 7, 2020                    Respectfully submitted,

                                               */s/Catherine Turner*
                                     Catherine Turner (MN#0349057)
                                     Attorney for Defendant
                                     P.O. Box 19607
                                     Minneapolis, MN 55419
                                     (612) 361-4895
                                     catherine@catherineturnerlaw.com