UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 20-CR-147 (PAM/LIB)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **DEFENDANT'S MOTION FOR** |
| v. ) | **GRAND JURY TRANSCRIPTS** |
| ) | |
| Augustus Quintrell Light, ) | |
| ) | |
| Defendant. ) | |

The Defendant, Defendant Augustus Light, through his undersigned counsel, hereby moves the Court for an Order under Rules 12(i) and 26.2 of the Federal Rules of Criminal Procedure for production of Grand Jury Transcripts for those witnesses the government intends to call at the motion hearing scheduled for Thursday, February 28, 2019 at 2:00p.m. before this Court.

The defendant is entitled to the transcripts after direct examination but prior to cross-examination. However, should the government turn them over at this point, the defense is also entitled to a recess for examination of the statements under Rule 26.2(d). Thus to save the court time, the defendant requests the transcripts at least three days prior to the motions hearing.

Dated: September 7, 2020       Respectfully submitted,

                                                                                 _/s/Catherine Turner_
                                                                    Catherine Turner (MN#0349057)
                                                                    Attorney for Defendant
                                                                    P.O. Box 19607
                                                                    Minneapolis, MN 55419
                                                                    (612) 361-4895
                                                                    catherine@catherineturnerlaw.com