Dear, Judge Montgomery,  September 1st, 2020

I write to say that I would like to proceed "Pro Se" in Case Number 20-CR-147(ADM/LIB) Due to the fact that there is a conflict of interest.

Respectfully, Augustus [signature]