Dear Clerk of Court, Sept, 15TH 2020

Can you please file this Motion in Case Number 20-147 (ADM/LIB).

RECEIVED BY MAIL
SEP 24 2020
CLERK, U.S. DISTRICT COURT
ST. PAUL, MN

SCANNED
SEP 24 2020
U.S. DISTRICT COURT ST. PAUL