RECEIVED BY MAIL
SEP 24 2020
CLERK, U.S. DISTRICT COURT
ST. PAUL, MN

EXHIBIT "B"

SCANNED
SEP 24 2020
U.S. DISTRICT COURT ST. PAUL

| | |
|---|---|
| STATE OF MINNESOTA<br>COUNTY OF BELTRAMI | DISTRICT COURT<br>9th JUDICIAL DISTRICT |
| IN THE MATTER OF THE APPLICATION OF THE Paul Bunyan Drug Task Force FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF A PEN REGISTER, TRAP AND TRACE DEVICE, ELECTRONIC TRACKING DEVICE, GLOBAL POSITIONING SYSTEM (GPS) TECHNOLOGY, USE OF PRECISION LOCATION TECHNOLOGY, AND DISCLOSURE OF SUBSCRIBER AND CELL SITE INFORMATION AND TRACKING WARRANT | <u>UNDER SEAL</u><br><br>FINDINGS, ORDER, AND TRACKING WARRANT<br>218-401-2024<br><br>RECEIVED<br>BY MAIL<br>SEP 2 4 2020<br>CLERK, U.S. DISTRICT COURT<br>ST. PAUL, MN |

This matter having come before the Court pursuant to an application by S/A David Hart under 18 U.S.C. §§2703(c)(1)(B), 2703 (d), 2711(3)(B), 3117, 3122, 3123 and 3127(2)(B) and Minn. Stat. §§626A.35 to 626A.42, authorizing the installation and use of a pen register and trap and trace device including caller identification, cellular tower location and service information, Global Positioning System (GPS) information (GPS), and tracking warrant for phone number(s) **218-401-2024**.

**UPON REVIEW OF THE APPLICATION, THE COURT HEREBY FINDS THAT:**

1. Federal Certification: Pursuant to 18 U.S.C. 3122(b)(2), the Court finds that the applicant, S/A David Hart Paul Bunyan Drug Task Force has certified that his agency is conducting a criminal investigation of Augustus Quntrell LIGHT, DOB: 05/04/1981, and others as yet unknown, in connection with possible violations of State and Federal laws relative to Aiding an Offender 609.495; and that it is believed the subjects of the investigation are using telephone number **218-401-2024** in furtherance of the subject offenses; and that the information likely to be obtained from the pen register, electronic tracking, and trap and trace device including caller identification, cellular tower location and service information and Global Positioning System (GPS) information is relevant to an ongoing criminal investigation being conducted by the **Paul Bunyan Drug Task**

**Force** and that probable cause exists that a crime has been, is being, or is about to be committed by the person in possession of the electronic device.

2. Finding Supporting Issuance of Order: Pursuant to Minn. Stat. §626A.37 and Minn. Stat. §626A.42, Subd. 2, the Court finds based upon the information submitted by the applicant that there is reason to believe that the information likely to be obtained by the installation and use of the pen register, trap and trace device, including caller identification and is relevant to an ongoing criminal investigation and probable cause exists that a crime has been, is or is about to be committed by a person in possession of an electronic device, and information related to an electronic tracking device, cellular tower location and service information, electronic device location information, and/or Global Positioning System Information (GPS) is authorized pursuant to this tracking warrant.

3. Finding of Delay in Notice: Pursuant to Minn. Stat. § 626A.42, Subd. 4, the court finds that notice of the tracking warrant shall not be provided to the target of the investigation for a period of ninety (90) days or within a reasonable time, not later than ninety (90) days after the tracking warrant is unsealed if the tracking warrant is sealed by the court.

WHEREFORE, based upon the forgoing, the Court issues the following:

**ORDER AND TRACKING WARRANT**

1. Order Permitting Installation and Use: IT IS ORDERED, pursuant to 18 U.S.C. §§ 2703 (d), 3122 (a) (2), and 3123 and Minn. Stat. §§626A.36 and 626A.37, that **S/A David Hart of the Paul Bunyan Drug Task Force** may install and use a pen register to record numbers dialed or pulsed from telephone number **218-401-2024** and a trap and trace device including caller identification, be installed to register numbers dialed or pulsed to telephone number **218-401-2024** and to record the date and time of such pulsing or records, and to record the length of time the telephone receiver in question is off hook for incoming or outgoing calls for a period of sixty (60) days or the period necessary to achieve the objective of the authorization, whichever is less; and also that **Verizon Wireless** furnish any historical cell site, call detail and toll records still maintained by **Verizon Wireless**

switches that were in use by the target number during the 48 hour period preceding **Verizon Wireless** activation of this order, and

2. IT IS ORDERED, pursuant to Minn. Stat. §626A.42 that a tracking warrant is authorized to collect location information on an electronic device including, information concerning the location of an electronic device that in whole or in part, is generated or derived from or obtained by the operation of an electronic device, including cellular tower location and service information, and an electronic tracking device and/or Global Positioning System (GPS) information.

3. Identity of Phone Listing: The person to whom telephone number **218-401-2024** is listed is believed to be Augustus LIGHT.

4. Identity of Investigation Subject: The person(s) under investigation in this matter is Augustus LIGHT, and others as yet unknown.

5. Number and Physical Location: The phone number to which the pen register and trap and trace device is to be attached is **218-401-2024**, and based upon information submitted by the applicant the geographic limitation of the order is the Continental United States; and

6. Statement of Offense: The offense(s) to which the information likely to be obtained by the pen register and trap and trace device including caller identification and or cellular tower location and service information including Global Positioning System (GPS) information relates to violations of federal and state law relative to controlled substance crimes; and

7. Identity of Law Enforcement Officer: The law enforcement officer(s) responsible for installation and use of the pen register and trap and trace device including caller identification, cellular tower location and service information and Global Positioning System (GPS) information are S/A David Hart Paul Bunyan Drug Task Force.

8. Time Period: The period during which the use of the pen register and trap and trace device including caller identification, cellular tower location and service information, and an

electronic tracking device and/or Global Positioning System (GPS) information is authorized is sixty (60) days or the period necessary to achieve the objective of the authorization, whichever is less; and

9. Furnishing Facilities: IT IS FURTHER ORDERED, pursuant to 18 U.S.C. §§ 2703 (d), 3122 (c) (2), 3124 and Minn. Stat. §626A.38, Subd. 1, that **Verizon Wireless** shall forthwith furnish S/A David Hart Paul Bunyan Drug Task Force with all information, facilities, and technical assistance necessary to accomplish the installation of a pen register and trap and trace device including caller identification, cellular tower location and service information, electronic tracking device and/or Global Positioning System (GPS) information, unobtrusively and with minimum interference to the services that are accorded person(s) whose telephone is to be the subject of the devices. This includes the existence of any and all custom calling, class, or ESS features including but not limited to Caller ID, voice mail, call forwarding and speed calling as well as automatic number identification (ANI) that exist for telephone number **218-401-2024;** and

10. Notification of Changes In Service: IT IS FURTHER ORDERED that as part of furnishing information, facilities and technical assistance, Verizon Wireless provide **S/A David Hart Paul Bunyan Drug Task Force** forthwith all information regarding any changes in service relative to **218-401-2024,** during the authorized period of interception under this Order; and

11. Order to Furnish Information: IT IS FURTHER ORDERED that **Verizon Wireless** shall provide data on all communications originating from or directed to **218-401-2024** including the following information during the authorized period of interception:

    A. Cell site activations and locations;
    B. Outgoing numbers dialed or pulsed, including PPT (Push-To-Talk) communications, and any post cut-through digits;
    C. Incoming numbers, if identified, and any post cut-through digits;
    D. Call duration and call detail records in electronic format;
    E. Call detail or toll records for the seven (7) day period immediately preceding the date of this order;
    F. Current subscriber and billing information for mobile telephone number **218-401-2024** and the Electronic Serial Number (ESN), Mobile Equipment Identity (MEID),

    International Mobile Equipment Identity (IMEI), International Mobile Subscriber Identity (IMSI) and Mobile Subscriber Identity (MSID) specific to **218-401-2024**;

G. Current **Verizon Wireless** subscriber information and, if requested, historical subscriber information and other telephone(s) associated with this account including billing information and records specific to the subscriber of **218-401-2024**;

H. Information relating to unlisted, non-published telephone numbers dialed from telephone number **218-401-2024** and telephone numbers appearing on the caller identification (Caller ID) function for telephone number **218-401-2024**;

I. A list of control channels/radio channels and their corresponding cell sites;

J. Spreadsheets in electronic format (upon request) listing pertinent **Verizon Wireless** cell site locations;

K. An engineering map, showing all cell-site tower locations, addresses, sector and orientations (upon request);

L. The physical address/location of all cellular towers in the specified market;

M. That the telecommunications providers for these include any assistance or access necessary to facilitate the installation of pen register and/or trap and trace device to include switch based solutions or SMART/SINS system (upon request);

N. Records and assistance requested in this order shall be provided to any officer of agent of **Paul Bunyan Drug Task Force or Minnesota Bureau of Criminal Apprehension.**

12. Request for Pen Register and Trap and Trace Device and Tracking Warrant: IT IS FURTHER ORDERED that **Verizon Wireless** shall provide data on all communications originating from or directed to **218-401-2024** including the following information during the authorized period of interception:

   A. Cell site activations and locations;

   B. Outgoing numbers dialed or pulsed, including PTT (Push-To-Talk) communications, and any post cut-through digits;

   C. Incoming numbers, if identified, and any post cut-through digits;

   D. Call duration and call detail records in electronic format;

   E. Call detail or toll records for the seven (7) day period immediately preceding the date of this order;

   F. Current subscriber and billing information for mobile telephone number **218-401-2024** and the Electronic Serial Number (ESN), Mobile Equipment Identity (MEID), International Mobile Equipment Identity (IMEI), International Mobile Subscriber Identity (IMSI) and Mobile Subscriber Identity (MSID) specific to **218-401-2024**;

   G. Current **Verizon Wireless** subscriber information and, if requested, historical subscriber information and other telephone(s) associated with this account including billing information and records specific to the subscriber of **218-401-2024**;

   H. Information relating to unlisted, non-published telephone numbers dialed from telephone number **218-401-2024** and telephone numbers appearing on the caller identification (Caller ID) function for telephone number **218-401-2024**

   I. List of control channels/radio channels and their corresponding cell sites;

   J. Spreadsheets in electronic format (upon request) listing pertinent **Verizon Wireless** cell site locations;

   K. An engineering map, showing all cell-site tower locations, addresses, sector and orientations; (upon request);

   L. The physical address/location of all cellular towers in the specified market;

   M. That the telecommunications providers for these include any assistance or access necessary to facilitate the installation of pen register and/or trap and trace device to include switch based solutions or SMART/SINS system; (upon request);

      N. Records and assistance requested in this order shall be provided to any officer or agent of the **Paul Bunyan Drug Task Force**.

13. IT IS FURTHER ORDERED that this order pertain to any telephone for which data from **218-401-2024** is redirected to another communication device, i.e. call forwarding, including any change in telephone number assigned to or associated with a telephone bearing or containing the same Electronic Serial Number (ESN), Mobile Equipment Identity (MEID), International Mobile Subscriber Identification (IMSI) and Subscriber Identity Module (SIM) card, listed to the same subscriber and/or telephone account associated with telephone number **218-401-2024.**

14. IT IS FURTHER ORDERED pursuant to 18 U.S.C. §§ 2703, 3122, 3124 and Minn. Stat. §626A.38 and Minn. Stat. §626A.42 that **Verizon Wireless** shall furnish S/A David Hart Paul Bunyan Drug Task Force or other Agents with the PBTF forthwith all information, facilities, and technical assistance necessary to accomplish the installation of a pen register / trap trace, cell site locations, electronic tracking device and/or Global Positioning System (GPS) information unobtrusively and with minimum interference to the services presently accorded persons whose telephone dialing's and pulses are the subject of the pen register; and

15. Compensation for Carrier: IT IS FURTHER ORDERED, that **Verizon Wireless** be reasonably compensated by the applicant for reasonable expenses incurred in providing technical assistance; and

16. Delay in Notice: IT IS FURTHER ORDERED pursuant to Minn. Stat. § 626A.42, Subd. 4, the court finds that notice of the tracking warrant shall not be provided to the target of the investigation for a period of 90 days or within a reasonable time, not later than ninety (90) days after the tracking warrant is unsealed if the tracking warrant is sealed by the court.

___11-07-19___  
Date

___[signature]___  
Judge of District Court