RECEIVED
BY MAIL

SEP 24 2020

CLERK, U.S. DISTRICT COURT
ST. PAUL, MN

EXHIBIT "C"

SCANNED

SEP 2 4 2020

U.S. DISTRICT COURT ST. PAUL

RECEIVED
BY MAIL

SEP 24 2020

CLERK, U.S. DISTRICT COURT
ST. PAUL, MN

WARNING:
DISTRIBUTION PROHIBITED: Pursuant to
Rule 9.03, Subd. 4, Minn. Rules Crim.
Proc., Rule 10.06, Subd. 4, Minn. Rules
Juv. Crt., and Chapter 13, Minn. Statutes

Application Page 9 - 12

On or about November 27, 2019, Your Affiant began conducting electronic surveillance of LIGHT aka "STOW" pursuant to a search warrant. The warrant was reviewed and signed by the Honorable Judge John Melbye.

During the early morning hours of Friday November 29, 2019, LIGHT appeared to leave the City of Bemidji and travel to the MSP area.

Over approximately the next forty-eight (48) hours, LIGHT appeared to travel to several high drug activity (HDA) areas in north and south Minneapolis. Your Affiant was familiar with these areas based on previous investigations in to the distribution of both heroin and methamphetamine.

Your Affiant was familiar with an area of north Minneapolis LIGHT appeared to travel to based on a previous heroin investigation. The Paul Bunyan Task Force made multiple controlled purchases of heroin in the area LIGHT travelled to. The amount of heroin purchased was associated with further distribution, rather than personal sale.

Your Affiant was familiar with the Phillips area of south Minneapolis LIGHT appeared to travel to based on a previous methamphetamine investigation. Your Affiant knows a previous subject of a methamphetamine investigation was being sourced by an identified individual in this area. The subject was involved in the further distribution of methamphetamine in Beltrami County and the Red Lake Indian Reservation.

On December 1, 2019, LIGHT appeared to travel back to the area of the apartment complex in Fridley, MN. He then appeared to begin traveling northbound from the MSP area during the evening hours.

Your Affiant conducted physical surveillance and identified a 2009 red Toyota Camry bearing Minnesota license plate BXD953 travelling northbound on US Highway 71 south of Bemidji, MN. The registered owner had a registered address in Brooklyn Center, MN, which is in close proximity to the area LIGHT was travelling from. Based on electronic surveillance and travel duration, Your Affiant believed LIGHT could be traveling in the vehicle.

The Beltrami County Sheriff's Office conducted a traffic stop of the vehicle for expired vehicle registration. The traffic stop was conducted by Deputy Nohre who observed several indicators of suspected controlled substance trafficking. Deputy Nohre obtained consent to search the vehicle and no controlled substances were located. LIGHT refused a consent search of his person.

LIGHT was provided a courtesy ride by the Beltrami County Sheriff's Office to the Holiday Gas Station located at 414 Paul Bunyan Drive SE in Bemidji, MN. While conducting physical surveillance, Your Affiant observed LIGHT walk to 509 Wood Avenue SE and enter the residence, which was verified through electronic surveillance.