Augustus Q. Light
Douglas County Jail
1310 N. 14th St,
Superior, WI 54880

✳ LEGAL MAIL ✳

RECEIVED
BY MAIL
SEP 24 2020
CLERK U.S. DISTRICT COURT
ST PAUL MN

SCANNED
SEP 24 2020
kbs
U.S. DISTRICT COURT ST. PAUL

Clerk of Court
UNITED STATES DISTRICT COURT
Warren E. Burger Federal Building
Courthouse
100 Federal Building, 316 Robert St. N.
St. Paul, MN 55101

X-RAYED BY USMS

550  551  55101  N4-123
4103200921-105053979
55101
RETURN SERVICE REQUE[STED]
PRSRT FT
U.S. P[OSTAGE]
PERM[IT]

✳ LEGAL MAIL ✳