RECEIVED
SEP 28 2020
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

EXHIBIT "A"

SCANNED
SEP 28 2020
U.S. DISTRICT COURT ST. PAUL




# Julie L. Bruggeman
## Attorney at Law

July 2, 2020

Augustus Light
816 Marin Avenue Suite 110
Crookston, MN 56716

RE:    State of Minnesota v. Augustus Q. Light
       Court File 44-CR-20-33

Dear Mr. Light:

Although I have received some of the discovery, I do not believe we have received all of the discovery and I have made a request for further items earlier this week and had not received them yet. After reviewing what the State provided, we are missing the following items:

1. Search Warrant on electronic tracer on your vehicle and log;
2. Audio recordings of interviews taken; and
3. Name of CRI 2, as he claims to have been in your residence in Naytahwaush. Without the State created the nexus to your residence in Naytahwaush any evidence found there may be inadmissible in court. The State is reluctant to provide this information but based upon the police reports this information is necessary.

As your omnibus hearing is scheduled for Tuesday, July 7, 2020 at 1:00 p.m. you may want to request that the hearing be continued to provide for this additional discovery. I am also including some additional discovery that the State has provided to my office this week, but this is not what I had requested as additional, but I have included it herein.

I think someone in our office may have been on the telephone when you called this week as I have not received a call. I will be available Monday, July 6, 2020 from 1 p.m. until 3:30 p.m. and Tuesday, July 7, 2020 from 10:30 a.m. until noon for a telephone call.

Best Regards,
Bruggeman Law Office P.L.L.C.

Julie L. Bruggeman

Valley Square   402 East Third Street, Suite 2, Ada, MN  56510   Phone 218-784-2490   Phone 218-930-1011
julie@bruggemanlawoffice.com    www.bruggemanlawoffice.com
Licensed in:  Minnesota   North Dakota   White Earth Tribal Court



## Julie L. Bruggeman
### Attorney at Law

June 24, 2020

Augustus Light
816 Marin Avenue Suite 110
Crookston, MN 56716

RE:    State of Minnesota v. Augustus Q. Light
           Court File 44-CR-20-33

Dear Mr. Light:

I received discovery today and am forwarding you a copy of what I have received. I have not yet had an opportunity to review the file but will later this week. I will be out of the office on Friday of this week but will be available for a telephone call the following times next week:

**Monday, June 29, 2020**
11:00 a.m.-12:30 p.m.
1:00 p.m.- 3:00 p.m.
4:00 p.m.- 4:30 p.m.

**Tuesday, June 30, 2020**
10:30 a.m. – 12:00 p.m.
2:00 p.m. – 4:00 p.m.

**Wednesday, July 1, 2020**
1:00 p.m. – 2:30 p.m.

**Thursday, July 2, 2020**
10:00 a.m. – 3:00 p.m.

As soon as I review all the discovery I will better be able to answer some of your questions with regard to possible Omnibus Motions to withhold any evidence.

Best Regards,
Bruggeman Law Office P.L.L.C.

*Julie L. Bruggeman*

Julie L. Bruggeman

Valley Square   402 East Third Street, Suite 2, Ada, MN 56510   Phone 218-784-2490   Phone 218-930-1011
julie@bruggemanlawoffice.com   www.bruggemanlawoffice.com
Licensed in: Minnesota   North Dakota   White Earth Tribal Court



# Julie L. Bruggeman
### Attorney at Law

June 16, 2020

John A. Olson
Mahnomen County Attorney's Office
311 North Main Street
Mahnomen, Minnesota 56557

RE:     *State of Minnesota v. Augustus Q Light*
        Court File No. 44-CR-20-33

Dear Mr. Olson, Assistant County Attorney:

Please be advised that I am appointed as advisory counsel for Augustus Q. Light in the above-referenced matter.

Please send me copies of the following items relevant to this matter no later than Friday, June 26, 2020:

1.  Police reports, including follow up and supplementary reports, including a list of all evidence seized or obtained.
2.  Chemical testing results and reports.
3.  Statements made by the defendant.
4.  Statements made by witnesses.
5.  Maps, graphs, charts, and other illustrations.
6.  Complaint.
7.  Photographs.
8.  <u>Audio tapes, video tapes, and any other recorded media.</u>
9.  Search Warrants.
10. Names, addresses, and telephone numbers of all witnesses the State intends to call at trial.
11. Identity of any material informant(s).
12. Defendant's criminal record.

Any other non-privileged items in your file.

If you have any questions, please contact my office.

Best regards,
**BRUGGEMAN LAW OFFICE P.L.L.C.**

*Julie L. Bruggeman*

Julie L. Bruggeman

Valley Square ◦ 402 East Third Street, Suite 2, Ada, MN 56510 ◦ Phone 218-784-2490 ◦ Phone 218-930-1011
◦ julie@bruggemanlawoffice.com ◦ www.bruggemanlawoffice.com
Licensed in: Minnesota ◦ North Dakota ◦ White Earth Tribal Court