RECEIVED
SEP 28 2020
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

EXHIBIT "B"

SCANNED
SEP 28 2020 CK
U.S. DISTRICT COURT ST. PAUL



**U.S. Department of Justice**

United States Attorney
District of Minnesota

---

600 United States Courthouse    Telephone: (612) 664-5600
300 South Fourth Street    Fax: (612) 664-5787
Minneapolis, MN 55415

March 23, 2020

*Via Email*

Catherine Turner
P.O. Box 19607
Minneapolis, MN 55419
cturner@turner-law.net

    Re:    Augustus Light - potential resolution of state and federal charges

Dear Ms. Turner:

    I write to outline a possible resolution to the state and federal charges presently pending against Mr. Augustus Light in the State of Minnesota. Mr. Light faces narcotics and weapons charges in both Beltrami and Mahnomen Counties related to the execution of search warrants on December 7, 2019. He also faces a gross misdemeanor fleeing charge in Beltrami County, and a federal supervised release violation (03-cr-298), related to events that occurred on March 7, 2019.

    If Mr. Light does the following, the United States will <u>not</u> to charge him with any crimes related to the search warrants executed on December 7, 2019:

1. Plead guilty to the state charges against him in Beltrami and Mahnomen Counties on terms satisfactory to the County Attorney's Office in each county; and,

2. Admit the federal supervised release violations against him in *US v. Light*, 03-cr-298.

To be clear, if Mr. Light agrees to these terms and performs as outlined above, the United States will <u>not</u> charge him with federal crimes related to search warrants executed on December 7, 2019. However, if Mr. Light does not agree, or fails to perform as agreed in a timely manner (excluding any delays resulting from a request by the United States, the State of Minnesota, or any court), the United States <u>will indict him federally</u> on drug and/or weapon charges related to the December 7 search warrants.

    Should you have any questions, please do not hesitate to contact me.

                    Sincerely,

                    ERICA H. MacDONALD
                    United States Attorney

                    */s/ Alexander Chiquoine*

BY: ALEXANDER D. CHIQUOINE
Assistant U.S. Attorney

cc: David Frank, John Olson



Catherine Turner <cturner@turner-law.net>

# Augustus Light

**Chiquoine, Alexander (USAMN)** <Alexander.Chiquoine@usdoj.gov>                     Mon, May 4, 2020 at 5:32 PM
To: Turner Law <cturner@turner-law.net>

Catherine,

It might help if Mr. Light gets a sense of his federal exposure. On top of the SRV, for which he is facing a 21 month sentence, he would face at least one federal drug (meth) charge and a felon in possession of ammunition charge. I have yet to receive forensics back on the guns found at the same property as Mr. Light during the search warrants, but if they link Mr. Light to the weapons, a felon in possession of a firearm count would be added.

Mr. Light's federal drug charge would trigger the 10 year mandatory minimum under 21 U.S.C. § 841(b)(1)(A)(viii). My back-of-the-envelope Guidelines range for a conviction on this count alone would be 188-235 months if Mr. Light took a plea, or 262-327 months if he were convicted at trial.

Let me know if there is any other information I can provide.

[Quoted text hidden]