DEAR, CLERK OF COURT,                    9-19-20

Can you please file this under Case Number

20-CR-147 (PAM/LIB) Please. Thanks.

                                    Respectfully, Augustus.

RECEIVED BY MAIL
SEP 30 2020
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

SCANNED
SEP 30 2020
U.S. DISTRICT COURT MPLS