Agustus Q. Light
Douglas County Jail
1310 N. 14TH St.
Superior, WI 54880

DOUGLAS COUNTY JAIL
1310 N. 14th Street
Superior, WI 54880



553  554  55415  N4-125

PRSRT FIRST-CLASS MAIL
U.S. POSTAGE PAID
Duluth, MN
PERMIT# 705

4103200924-175422257
5
RETURN SERVICE REQUESTED

55415



Clerk of Court
UNITED STATES DISTRICT COURT, FEDERAL COURTHOUSE
300 South 4TH street
Minneapolis, Minnesota 55415

*LEGAL MAIL*          *LEGAL MAIL*