

The Law Office of
# Steven J. Wright
CRIMINAL DEFENSE

October 13, 2020

The Hon. Leo I. Brisbois
United States District Court
515 West First Street, Room 412
Duluth, MN 55802-1397

Re:  United States v. Augustus Quintrell Light
     Crim. Case No. 20-147 (PAM/LIB)

Magistrate Judge Brisbois:

Per the Court's order of September 29, 2020, this letter is written by standby counsel on behalf of Augustus Light, pro se, to inform the Court of the state of pretrial motions.

Mr. Light's prior CJA counsel filed a number of motions, ECF Doc. Nos. 30 - 42. Mr. Light does not want these motions withdrawn, but instead wishes to adopt them.

Mr. Light has filed other motions in accordance with the Court's order. Five motions, ECF Docs. 55 & 58-61, were filed on or before the pretrial motions hearing on September 29th.

While in custody at Sherburne County Jail, Mr. Light prepared other motions. Four of these motions, ECF Docs. 62-65, have been received by mail at the Clerk's office.

Because of concerns with the speed of mail delivery, I arranged to have the jail scan and email Mr. Light's motions to me as a precaution. I then had four of Mr. Light's motions that had not shown up on ECF hand-delivered to the Clerk's Office in Minneapolis this afternoon. With apologies to the Court, one of those motions is a duplicate of ECF Doc. 65, because I had not yet been notified of that filing.

Because those filings have not yet shown up on ECF, I am serving them on the government via email.

Sincerely,

Steven Wright
Standby Counsel for Mr. Light, pro se



TriTech Ctr | 331 Second Ave South  Ste 705  Minneapolis, MN 55401
(612) 669-8280 | stevenjameswright@gmail.com
stevenjameswright.com