IN THE
UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MINNESOTA

RECEIVED
OCT 13 2020
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

CASE NUMBER: 20-CR-147 (PAM/LIB)

UNITED STATES OF AMERICA,

    Respondent,

v.

Augustus Q. Light,

    Defendant.

DEFENDANTS PRO SE MOTION TO COMPEL DISCOVERY/ BRADY MOTION WITH SUPPORTING MEMORANDUM OF LAW, AND AFFIDAVIT.

1.) THAT IN FACT and at LAW, Defendant, Augustus Q. Light, Pro Se Moves this honorable Court pursuant to Brady v. Maryland, 373 U.S. 83 S.Ct. 1194 (1963), to "ORDER" the Government to Produce all "Verizon Wireless Records, Reciepts, Ect. For the installation of Electronic tracking device, global positioning System (GPS) Technology, and precision location technology, subscriber and cell cite information, Faxes, emails with dates and times with Verizon Wireless in regards to this investigation and cell phone number 218 401-2024.

2.) THAT IN FACT and at LAW, Without this information Beltrami County Sheriff officer David Hart violated the U.S. Constitution Fourth Amendment, Pursuant to Supreme Court Cases Carpenter v. U.S. 138 S.Ct. 2206, 2221 (2018), U.S. v. Jones, 565 U.S. 400, 404-05 (2012); and Eighth Circuit Case U.S. v. Faulkner, 826 F.3d 1139, 1145 (8th 2016)

I, Augustus Q. Light, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge, information, and belief.

S/ Augustus Light

1 of 1

EXECUTED ON, October, 10th, 2020

SCANNED OCT 13 2020 U.S. DISTRICT COURT MPLS