# IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MINNESOTA
# CRIMINAL MOTION HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES** |
| Plaintiff, | BEFORE: Leo I. Brisbois |
| | U.S. Magistrate Judge |
| v. | |
| Augustus Quintrell Light (1), | |
| Defendant. | |

| | |
|---|---|
| Case No: | 20-cr-147 (PAM/LIB) |
| Date: | October 19, 2020 |
| Court Reporter: | Court Reporter |
| Courthouse: | St. Paul |
| Courtroom: | Devitt |
| Time Commenced: | 10:05 a.m. |
| Time Concluded: | 11:10 a.m |
| Sealed Hearing Time: | N/A |
| Time in Court: | 1 Hours & 5 Minutes |
| Hearing Type: | Evidentiary |

APPEARANCES:

| | |
|---|---|
| Plaintiff: | Ruth Shnider (Assistant U.S. Attorney) |
| For Defendant August Quintrell Light (1): | Augustus Quintrell Light, pro se |
| Stand By Counsel for Defendant: | Steven J. Wright |

Defts. addtl brief due: **November 16, 2020**   Govt. addl brief due: **December 7, 2020**

Non-Dispositive motions taken under advisement as of today:  **16, 30, 34, 35, 36, 37, 38, 39, 40, 41**
Dispositive motions taken under advisement as of **12/7/2020**: **31, 32, 33, 55, 58, 59, 60, 61, 62, 63, 64, 65, 67, and 69**

☒ ORDER TO BE ISSUED   ☒ R&R TO BE ISSUED

☒ Exhibits retained by the Court

Additional Information:

Docket No. 42 is termed as moot.

Docket No. 68 is stricken as filed in error because it is duplicative of Docket No. 65.

s/Jose Gonzalez
Signature of Law Clerk
