UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Crim. No. 20-147 (PAM/LIB) |
| Plaintiff, | |
| v. | **ORDER** |
| Augustus Quintrell Light, | |
| Defendant. | |

_____

This matter is before the Court on Defendant Augustus Quintrell Light's Motion for appointment of counsel, resentencing, and immediate release. For the following reasons, the Motion is denied.

Light seeks relief under forthcoming amendments to the United States Sentencing Guidelines, which are to go into effect on November 1, 2025. (See, e.g., Docket No. 172 at 1.) Because the amendments are not yet in effect, this matter is not ripe for the Court's review. Therefore, Light's request is denied without prejudice.

Accordingly, **IT IS HEREBY ORDERED that** Light's Motion for appointment of counsel, resentencing, and immediate release (Docket Nos. 172, 173, 174.) is **DENIED without prejudice**.

Dated: October 2, 2025

s/ *Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge