UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Crim. No. 20-147 (PAM/LIB) |
| Plaintiff, | |
| v. | **ORDER** |
| Augustus Quintrell Light, | |
| Defendant. | |

This matter is before the Court on Defendant Augustus Quintrell Light's pro se Motion to Hold Petitions in Abeyance. (Docket No. 176.) Light asks the Court to hold in abeyance his motions to appoint counsel, for a new sentencing hearing, and for his immediate release. (Docket Nos. 172, 173, 174.) On October 2, 2025, the Court denied those motions without prejudice, finding that Light's claims under the amendments to the Sentencing Guidelines were not yet ripe, as the amendments did not go into effect until November 1, 2025. (Docket No. 175.) Because the Court denied the motions, the Court finds as moot Light's request to hold them in abeyance. Light may file a new motion raising his claims under the amendments to the Guidelines, which are now in effect.

Also, Light seeks appointment of counsel. The United States Constitution does not provide a right to counsel in post-conviction proceedings beyond a direct appeal. See United States v. Meeks, 971 F.3d 830, 833–34 (8th Cir. 2020). Light has not demonstrated that appointment of counsel is warranted, and thus the Court denies his request.

Accordingly, **IT IS HEREBY ORDERED that** Defendant Augustus Quintrell Light's pro se Motion to Hold Petitions in Abeyance (Docket No. 176) is **DENIED as moot**.

Dated: <u>November 26, 2025</u>                               *s/ Paul A. Magnuson*
                                                                     Paul A. Magnuson
                                                                     United States District Court Judge